# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| SOLUTIONS REAL ESTATE, LLC, | No. 2:17-bk-11377-PS |
| Debtor. | **ORDER GRANTING TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

This Court having considered the Application For Production of Documents and Oral Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 filed by Constantino Flores, Trustee, and good cause having been established,

**IT IS HEREBY ORDERED** that David Dion shall produce the documents detailed in the Application, to Trustee's attorneys, Lane & Nach, P.C., 2001 East Campbell, Suite 103, Phoenix, Arizona 85016, on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' notice and shall submit to an oral examination under oath, on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice.

**IT IS FURTHER ORDERED** approving Trustee's calculation for compliance with FRBP 2004(e) as set forth in Trustee's Application.

**IT IS FURTHER ORDERED** that Constantino Flores, Trustee, shall promptly serve this Order on David Dion and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**