# Notice Recipients

District/Off: 0970−2      User: dominquez      Date Created: 4/12/2018

Case: 2:17−bk−11377−PS      Form ID: cla001      Total: 20

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | ADAM B NACH | adam.nach@azbar.org |
| aty | PAUL M. HILKERT | paul.hilkert@lane−nach.com |
| aty | WALTER E. MOAK | ecf@themoaklawfirm.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | SOLUTIONS REAL ESTATE, LLC    2700 E. AGUSTA AVENUE    CHANDLER, AZ 85249 | | |
| tr | CONSTANTINO FLORES    PO BOX 511    PHOENIX, AZ 85001−0511 | | |
| smg | AZ DEPARTMENT OF REVENUE    BANKRUPTCY & LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007−2650 | | |
| 14749630 | A. Brent Conley    7318 Sitio Lirio Carlsbad    Carlsbad CA 92009 | | |
| 14749631 | Appia Phone Service    1030 Hastings Street, Suite 100    Traverse City MI 49686 | | |
| 14749627 | Arizona Department of Revenue    Department of Collections    P.O. Box 29070    Phoenix AZ 85038−9070 | | |
| 14749632 | Central Credit Services    9550 Regency Square Blvd.    Suite 602    Jacksonville FL 32225 | | |
| 14749628 | ChexSystems, Inc.,    7805 Hudson Road, Suite 100    Saint Paul MN 55125 | | |
| 14749633 | GREAT AMERICAN FINANCIAL SERVICES    P.O. BOX 660831    Dallas TX 75266−0831 | | |
| 14749626 | IRS    PO Box 7346    Philadelphia PA 19101 | | |
| 14811249 | KATHLEEN O'HERRON    2700 E AUGUSTA AVE    CHANDLER AZ 85249 | | |
| 14749634 | Linn County Courthouse    IOWA SUPERIOR COURT    PO Box 1468    Cedar Rapids IA 52406−1468 | | |
| 14749635 | MANAGED IT SERVICES OF ARIZONA    1350 W. 23RD STREET    Tempe AZ 85282 | | |
| 14749636 | MODE COMMERCIAL PROPERTY MANAGEMENT    4414 N. CIVIC CENTER PLAZA    SUITE 100    Scottsdale AZ 85251 | | |
| 14749637 | NYEMASTER GOODE, P.C.    700 WALNUT    SUITE 1600    Des Moines IA 50309 | | |
| 14749638 | Radix Law    C. Adam Buck    15205 N. Kierland Blvd. Suite 200    Scottsdale AZ 85254 | | |
| 14749629 | Vericheck    7250 North 16th Street    Suite 102    Phoenix AZ 85020 | | |

TOTAL: 17